387 A.2d 107

Commonwealth v. Jordan, Appellant.

 Argued December 12, 1977. Albert Ominsky, for appellant; Leonard N. Ross, Assistant District Attorney, with him F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

387 A.2d 107

Commonwealth v. Josey, Appellant.

 Argued December 9, 1977. Daniel H. Greene, for appellant; Charles J. Cunningham, III, Assistant District Attorney, with him F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.